# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MERRILL PELLEGRIN

VERSUS

GEICO CASUALTY COMPANY

NO.   2024 CW 0654

**SEPTEMBER 23, 2024**

---

In Re:    Geico Casualty Company, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 193039.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT